RODRÍGUEZ GONZÁLEZ, RECURRENTE, *v.* EL REGISTRADOR DE
ARECIBO, RECURRIDO.

RECURSO gubernativo interpuesto contra nota del Registrador de la Propiedad de Arecibo denegando la inscripción de una escritura de compraventa del derecho de nuda propiedad.

No. 389.—Resuelto en diciembre 16, 1918.

NUDO PROPIETARIO—VENTA DE PARTE DEL DERECHO DE NUDA PROPIEDAD—DERECHOS DEL USUFRUCTUARIO.—El nudo propietario de una finca rústica que segrega mediante adecuada descripción y enajena por escritura pública una parte de la misma dejando a salvo los derechos del usufructuario, no infrinje los preceptos del artículo 488 del Código Civil Revisado por el cual se prohibe al nudo propietario alterar la forma o sustancia de la finca principal así como hacer en la misma nada que pueda perjudicar al usufructuario.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Manual Paz Urdaz.*

El registrador, Sr. Raúl Benedicto, no compareció.

El Juez Asociado Sr. Hutchison, emitió la opinión del tribunal.

En el 1913 don Antonio Rodríguez González vendió a don Manuel Torrado Rodríguez 167 cuerdas de terreno, reservándose para sí el usufructo de dicha finca durante su vida. En febrero de 1918 Torrado Rodríguez y su esposa vendieron y enajenaron a doña Francisca Rodríguez González la nuda propiedad de 30 cuerdas de terreno segregadas mediante debida descripción de las 167 cuerdas, sin perjuicio del usufructo vitalicio que en la misma tiene don Antonio Rodríguez.

La inscripción de. esta escritura fué denegada ''porque de acuerdo con el artículo 488 del vigente Código Civil el nudo propietario no puede alterar la forma de la finca principal.''

El artículo a que se hace referencia dispone que ''el propietario de bienes en que otro tenga el usufructo podrá enajenarlos, pero no alterar su forma ni sustancia, ni hacer en ellos nada que perjudique al usufructuario.''

Los propietarios de la finca de que se trata, al disponer de su derecho a determinada porción de la totalidad de la misma, simplemente ejercitaron una parte de la facultad expresamente conferídales por la ley. No llegaron a alterar ni la forma ni la sustancia de la finca dentro del alcance del precepto del código, ni llegaron a ''hacer en la misma nada que perjudique al usufructuario.''

Es de revocarse la nota recurrida ordenándose la inscripción solicitada.

*Revocada la nota recurrida y ordenada la inscripción solicitada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Aldrey.